AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Bruce Okello Joseph<br><br>Date of Original Judgment: February 2, 2004<br>Date of Previous Amended Judgment: June 23, 2005<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 4:02-CR-60-4H<br>USM No: 54339-054<br><br>Robert E. Waters<br>Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  262  months **is reduced to**  210 months in Count 1.

The sentence in Count 3 remains 60 months, concurrent.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated February 2, 2004, and June 23, 2005, shall remain in effect. **IT IS SO ORDERED.**

Order Date:  3/3/16

Effective Date:  November 1, 2015
*(if different from order date)*

Malcolm J. Howard, Senior U.S. District Judge
Printed name and title

EDNC Rev. 11/8/2011